CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 2 3 2007

JOHN F. CORCORAN, CLERK
BY: /s/ 
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JONATHAN LEE RICHES,<br>  Plaintiff, | )<br>) Civil Action No. 7:07-cv-00499<br>) |
| v. | ) **MEMORANDUM OPINION**<br>) |
| BLACKWATER USA, <u>et al.</u>,<br>  Defendants. | ) By: Samuel G. Wilson<br>) United States District Judge |

Plaintiff Jonathan Lee Riches, a Virginia prisoner proceeding <u>pro se</u>, filed this complaint which the court will construe as an action pursuant to 42 U.S.C. § 1983. As Riches has not submitted the necessary $350.00 filing fee for a civil action, the court will also construe his pleading as a request to proceed <u>in forma pauperis</u> and deny that request.

According to court records, Riches has had well over three previous civil rights complaints dismissed on the grounds that they were frivolous, malicious, or failed to state a claim.[1] Therefore, Riches may not proceed with this action unless he either pays the $350.00 filing fee or shows that he is "under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

As Riches has neither prepaid the filing fee nor demonstrated that he is "under imminent danger of serious physical injury," the court dismisses his complaint without prejudice.[2]

---

[1] <u>See</u> <u>Riches v. Bureau of Prisons</u>, No. 6:06cv00194 (D. S.C. Mar. 20, 2006); <u>Riches v. Bush</u>, No. 4:06cv00442 (D. S.C. Mar. 22, 2006); <u>Riches v. Doe</u>, No. 1:07cv20042 (S.D. Fla. Jan. 24, 2007); <u>Riches v. Guantamo Bay</u>, No. 2:07cv13041 (E.D. Mich. Aug. 8, 2007); <u>Riches v. Swartz</u>, No. 7:07cv00379 (W.D. Va. Aug. 13, 2007); <u>Riches v. James</u>, No. 1:07cv02486 (N.D. Oh. Aug. 23, 2007); <u>Riches v. Bonds</u>, No. 3:07cv00375 (N.D. Ind. Aug. 16, 2007); <u>Riches v. Pelosi</u>, No. 3:07cv03695 (N.D. Ca. Aug. 30, 2007); <u>Riches v. Schiavo</u>, No. 8:07cv01644 (M.D. Fla. Sept. 18, 2007); <u>Riches v. Snipes</u>, No. 5:07cv00376 (M.D. Fla. Sept. 24, 2007); <u>Riches v. Simpson</u>, No. 6:07cv01504 (M.D. Fla. Sept. 24, 2007); <u>Riches v. Shiavo</u>, No. 8:07cv01730 (M.D. Fla. Sept. 27, 2007); <u>Riches v. Wal-Mart Stores Inc.</u>, No. 4:07cv00780 (E.D. Ark. Oct. 2, 2007); <u>Riches v. Peterson</u>, No. 3:07cv04539 (N.D. Ca. Oct. 3, 2007); <u>Riches v. Craig</u>, No. 1:07cv00538 (D. Del. Oct. 5, 2007); <u>Riches v. Brady v. Maryland, 373 U.S. 83</u>, 8:07cv02666 (D. Md. Oct. 9, 2007); <u>Riches v. Noriega</u>, No. 2:07cv00619 (M.D. Fla. Oct. 17, 2007); <u>Riches v. Trump</u>, No. 3:07cv00478 (D. Nev. Oct. 17, 2007).

[2] The court has previously notified Riches that he may not file civil actions in this court unless he either pays the filing fee or demonstrates that he is under imminent danger of serious physical injury. Therefore, the court will not give Riches additional time to pay the filing fee or amend his complaint.

1

The Clerk is directed to send a certified copy of this Memorandum Opinion and the accompanying Order to the plaintiff.

ENTER: This 23rd day of October, 2007.

/s/ [signature]
United States District Judge

2